**Rex HATFIELD; Everly Hatfield,
Plaintiffs–Appellants,**

v.

**Robert L. GARRISON; Ralph Moore;
Davy Pierson, Defendants–
Appellees.**

No. 12–6913.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 2, 2012.

Rex Hatfield, Everly Hatfield, Appellants Pro Se.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rex Hatfield and Everly Hatfield appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on their complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hatfield v. Garrison,* No. 5:11–cv–00498 (S.D.W.Va. May 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*